```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 13947
   ARTURO MORENO
   MARISELA MORENO                             CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-8837     SSN XXX-XX-2078

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/03/2007 and was confirmed 10/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 11/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
ACCREDITED HOME LENDERS   CURRENT MORTG         .00             .00           .00
ACCREDITED HOME LENDERS   MORTGAGE ARRE         .00             .00           .00
AMERICAN GENERAL FINANCE  SECURED VEHIC    11525.63          831.90       1287.46
AMERICAN GENERAL FINANCE  SECURED VEHIC     2568.96          182.56        687.00
BENEFICIAL MORTGAGE CO O  CURRENT MORTG         .00             .00           .00
BENEFICIAL MORTGAGE CO O  MORTGAGE ARRE      875.71             .00        875.71
COOK COUNTY TREASURER     SECURED               .00             .00           .00
ADVOCATE HEALTH CARE      UNSECURED       NOT FILED             .00           .00
ADVOCATE MEDICAL GROUP    UNSECURED       NOT FILED             .00           .00
BACK IN ACTION WELLNESS   UNSECURED       NOT FILED             .00           .00
ECAST SETTLEMENT CORP     UNSECURED        10260.36             .00           .00
BLUE CROSS BLUE SHIELD O  UNSECURED       NOT FILED             .00           .00
CENTRO MEDICO DIGESTIVO   UNSECURED       NOT FILED             .00           .00
CITI CARDS                UNSECURED       NOT FILED             .00           .00
CITY OF CHICAGO PARKING   FILED LATE        2660.00             .00           .00
COL/DEBT COLECTION SYSTE  UNSECURED       NOT FILED             .00           .00
COMMONWEALTH EDISON       UNSECURED          394.61             .00           .00
GI ASSOCS                 UNSECURED       NOT FILED             .00           .00
ICS                       UNSECURED       NOT FILED             .00           .00
ICS INC                   UNSECURED       NOT FILED             .00           .00
JASON BIMHOLZ             UNSECURED       NOT FILED             .00           .00
LOU HARRIS & CO           UNSECURED        17335.34             .00           .00
JOHN H REDFIELD           UNSECURED         1425.00             .00           .00
MEDICAL COLLECTIONS SYS   UNSECURED       NOT FILED             .00           .00
MIDWEST INFERTILITY CENT  UNSECURED       NOT FILED             .00           .00
NICOR GAS                 UNSECURED          630.34             .00           .00
OAKLAWN RADIOLOGY IMAGIN  UNSECURED       NOT FILED             .00           .00
SEARS/CBSD                UNSECURED       NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          213.67             .00           .00
SOUTHTOWN MEDICAL CENTER  UNSECURED       NOT FILED             .00           .00
T-MOBILE USA              UNSECURED          512.77             .00           .00
NEUROCENTER               UNSECURED       NOT FILED             .00           .00
```

```
TRUSTMARK RECOVERY         UNSECURED       NOT FILED              .00              .00
ROUNDUP FUNDING LLC        UNSECURED          294.52              .00              .00
CITY OF CHICAGO PARKING    SPECIAL CLASS       80.00              .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,834.00                          1,834.00
TOM VAUGHN                 TRUSTEE                                              443.92
DEBTOR REFUND              REFUND                                                  .00
```

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  6,142.55

PRIORITY                                              .00
SECURED                                          2,850.17
    INTEREST                                     1,014.46
UNSECURED                                             .00
ADMINISTRATIVE                                   1,834.00
TRUSTEE COMPENSATION                               443.92
DEBTOR REFUND                                         .00
                       ---------------      ---------------
TOTALS                   6,142.55                6,142.55
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 02/24/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```